UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SPIEGEL *and* THERESA SPIEGEL,

                Plaintiffs,

-*against*-

JAMES INIGUEZ, NEW YORK HOTEL AND HOSPITALITY UNION LOCAL 6, *and* PRE-PAID LEGAL FUND

                Defendants.

**ORDER**

25-cv-04985 (ER)

RAMOS, D.J.

After settlement discussions failed, the parties filed a letter on August 4, 2025 requesting that the Court set a briefing schedule for Defendants' motions to dismiss and Plaintiffs' motion to remand. Doc. 31. The Court sets the following briefing schedule: (1) motions due August 27, 2025; (2) oppositions due September 17, 2025; and (3) replies due September 24, 2025.

    SO ORDERED.

Dated:   August 5, 2025
           New York, New York

                                                              EDGARDO RAMOS, U.S.D.J.